UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 07-0551M-01 (CR) |
| **ALISHA LYNN WILLIAMS,** | : | VIOLATION:  18 U.S.C. §1343 |
| Defendant. | : | (Wire Fraud) |

### I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about late September 2006 through on or about early July 2007, within the District of Columbia, the defendant, **ALISHA LYNN WILLIAMS,** knowingly and willfully devised a scheme and artifice to defraud and to obtain money or property, that is, $25,000 in goods and services, from Monitoring Force, Inc., by means of materially false and fraudulent pretenses, representations, and promises, and did transmit and cause to be transmitted by means of a wire communication in interstate and foreign commerce, signals, that is, transmissions of credit card information, for the purpose of executing such scheme or artifice.

**(Wire Fraud**, in violation of Title 18, United States Code, Section 1343)

JEFFREY A. TAYLOR
Attorney of the United States in
and for the District of Columbia
Bar No. 498610

BY: _____
JEFFREY PEARLMAN
Assistant United States Attorney
Bar No. 466-901
Federal Major Crimes Section
555 4th Street, N.W., Room
Washington, D.C. 20530
(202) 353-2385
Jeffrey.Pearlman@usdoj.gov