UNITED STATES DISTRICT COURT
FOR THE DISTRCIT OF COLUMBIA


UNITED STATES OF AMERICA       :       CRIM. NO. 08-129-1 (PLF)

   v.                                                     :

ALISHA LYNN WILLIAMS              :


APPEARANCE PRAECIPE

The Clerk of Court will please enter the appearance of Mitchell S. Baer, Esquire, for Defendant Alisha Lynn Williams pursuant to Court appointment under the Criminal Justice Act this 5th day of May, 2008.


Respectfully submitted,


-s-
_____
Mitchell S. Baer
Bar No. 288324
717 D Street, N.W., Suite 210
Washington, D.C. 20004
202-347-1250