UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 08-129 (PLF) |
| | : | STATUS DATE: May 16, 2008 |
| v. | : | |
| | : | |
| | : | |
| ALISHA WILLIAMS | : | |
| Defendant. | : | |

### UNITED STATES' UNOPPOSED MOTION TO ALLOW THE ROUTINE PROCESSING OF THE DEFENDANT

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby requests an order to permit the routine administrative processing of the defendant in this case on May 16, 2008 after the plea hearing. In support of this motion, the United States submits that:

1. The government expects the defendant to plead guilty to wire fraud, in violation of 18 U.S.C. § 1343, before this Court on May 16, 2008. The defendant has not yet completed the necessary administrative processing by law enforcement, which would include booking, fingerprinting, and photographing. The defendant has not yet been detained.

2. The undersigned government counsel has spoken with the attorney for the defendant, who represented that the defendant does not oppose this motion.

3. The assigned detectives and agents in this case have advised government counsel that the necessary administrative processing can be completed after the plea hearing.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY


By:     _____/s/_____
Jeff Pearlman
Assistant United States Attorney
Bar No. 466901
Federal Major Crimes Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 353-2385
jeffrey.pearlman@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 08-129 (PLF)** |
| | : | |
| v. | : | |
| **ALISHA WILLIAMS** | : | |
| **Defendant.** | : | |

ORDER

Upon unopposed motion of the Government, and for good cause shown, it is ORDERED:

That defendant, Alisha Williams, on May 16, 2008, after the plea hearing, be accompanied by a representative of the government to the First District Police Station, at 415 4th Street, S.W., Washington, D.C. 20024, or other appropriate facility, for the purpose of booking, fingerprinting, photographing, and other necessary processing in this case, and that this processing be a condition of the defendant's current release conditions.

_____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT COURT JUDGE