AO 455 (Rev. 5/85) Waiver of Indictment

**FILED**
MAY 1 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court

——————————— DISTRICT OF ———————————

UNITED STATES OF AMERICA

V.

ALISHA LYNN WILLIAMS

**WAIVER OF INDICTMENT**

CASE NUMBER: 08-129 (PLF)

I, ALISHA LYNN WILLIAMS, the above named defendant, who is accused of

WIRE FRAUD  18 U.S.C. 1343

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 5/16/2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer