UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | **FILED** |
| v. : Criminal No. | MAY 1 6 2008 |
| : 08-129 - PLF | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |
| : | |
| ALISHA WILLIAMS : | |
| Defendants. : | |

## STATEMENT OF THE OFFENSE

The parties in this case, the United States of America and the defendants, Lorie Harrington and Alisha Williams, stipulate and agree that the following facts are true. These facts do not constitute all of the facts known to the parties concerning the charged offenses; they are being submitted to demonstrate that sufficient facts exist that the defendants committed the offense to which they are pleading guilty.

1. Monitoring Force USA, Inc. ("Monitoring Force") is a business located at 888 17th Street, NW, in Washington, D.C. From in or about late February 2005 until on or about December 20, 2006, Lorie Harrington was employed at Monitoring Force as an office assistant. From in or about early June 2006 until on or about July 2007, Alisha Williams was employed at Monitoring Force as an accountant.

2. Monitoring Force possessed a commercial credit card ("OCC") issued by Bank of America, which card it used to purchase goods and services for its business. When Monitoring Force purchased an item using the card, purchase information would be communicated from the vendor to Bank of America's clearing facility in Atlanta, Georgia, by means of wire in interstate commerce. The chief executive of Monitoring Force, Ralph Campaneria, would authorize certain purchases such

as business-related travel and food to be purchased using the OCC.

3. On or about late July 2006, Harrington began charging purchases to the OCC she knew were not authorized by Monitoring Force. These transactions included but were not limited to the payment of her utilities, clothing stores, metro cards for transportation, and personal dining. For example, she charged thousands of dollars in merchandise in on or about September 2006 purchased from Safeway, K-Mart, Ross Stores, Value Village, Wal Mart, and various video clubs. She also charged thousands to pay her utility bills and to take online educational courses. On or about October, November, and December 2006, she charged tens of thousands of dollars on clothing, transportation to and entertainment at Disney World, and many other stores. Many of these purchases originated in the District of Columbia. For example, in or about late October 2006, she purchased train tickets to Disney World using her internet connnection from her workstation at Monitoring Force. Use of the OCC in this instance involved a wire transmission from Washington, D.C. to Bank of America's clearing facility in Atlanta, Georgia. In total, prior to her termination from Monitoring Force, she charged hundreds of different purchases to the OCC for at least $42,000 in unauthorized expenses, which were for her personal benefit.

4. Williams began making unauthorized transactions in or about early September 2006. She would frequently use the OCC to pay for personal dining, gas, automobile servicing and repair, food shopping expenses, as well as utilities. On or about late September she began to use the OCC for clothing outfitters such as American Eagle and Forever 21. By on or about November 2006 she was using the OCC to purchase consumer goods for such places as Aeropostale, Target, and Lady Footlocker. Many of these purchases originated in the District of Columbia. For example, Williams used the OCC for personal dining in the Washington downtown area. Use of the OCC in these instances involved wire transmissions from Washington, D.C. to Bank of America's clearing

facility in Atlanta, Georgia. By on or about early July 2007, when the conduct was discovered, Williams had charged several hundred different purchases to the OCC for at least $25,000 in unauthorized expenses.

5. Both Harrington and Williams confessed to law enforcement that they made unauthorized purchases with the OCC.

_____
Jeff Pearlman
Assistant United States Attorney

_____
Rita Bosworth, Esq.
Attorney for Defendant

_____
Lorie Harrington
Defendant

5/16/08
Date

5/16/08
Date

_____
Mitchell Baer, Esquire

_____
Alisha Williams

5/16/08
Date