**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 08-129 (PLF) |
| | : | |
| v. | : | **FILED** |
| | : | MAY 1 6 2008 |
| ALISHA WILLIAMS | : | NANCY MAYER WHITTINGTON, CLERK |
| Defendant. | : | U.S. DISTRICT COURT |

<u>ORDER</u>

Upon unopposed motion of the Government, and for good cause shown, it is ORDERED:

That defendant, Alisha Williams, on May 16, 2008, after the plea hearing, be accompanied by a representative of the government to the First District Police Station, at 415 4th Street, S.W., Washington, D.C. 20024, or other appropriate facility, for the purpose of booking, fingerprinting, photographing, and other necessary processing in this case, and that this processing be a condition of the defendant's current release conditions.

_____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT COURT JUDGE

May 16, 2008